NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**LEVITON MANUFACTURING CO., INC.,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**FUJIAN HONGAN ELECTRIC CO., LTD.** AND
**ZHEJIANG TRIMONE ELECTRIC SCIENCE &
TECHNOLOGY CO., LTD.,**
*Intervenors.*

———————————

2012-1483

———————————

Appeal from the United States International Trade Commission in Investigation No. 337-TA-739.

- - - - - - - - - - - - - - - - - - -

**FUJIAN HONGAN ELECTRIC CO., LTD.** AND
**ZHEJIANG TRIMONE ELECTRIC SCIENCE &
TECHNOLOGY CO., LTD.,**
*Appellants,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**AND**

**LEVITON MANUFACTURING CO., INC.,**
*Intervenor.*

———————————

2012-1493

———————————

Appeal from the United States International Trade Commission in Investigation No. 337-TA-739.

———————————

**JUDGMENT**

———————————

LARRY L. SHATZER, Wilson Sonsini Goodrich & Rosati, of Washington, DC, argued for Leviton Manufacturing Co., Inc. With him on the brief were VERONICA S. ASCARRUNZ and SHAUN R. SNADER; STEFANI E. SHANBERG, of San Francisco, California; MATTHEW A. ARGENTI, of Palo Alto, California; and NATALIE J. MORGAN, of San Diego, California.

CLARK S. CHENEY, Attorney, Office of General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were DOMINIC L. BIANCHI, Acting General Counsel and WAYNE W. HERRINGTON, Assistant General Counsel.

LEI MEI, Mei & Mark, LLP, of Washington, DC, argued for Fujian Hongan Electric Co., Ltd., et al. With him on the brief was REECE W. NIENSTADT.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 13, 2013      /s/ Daniel E. O'Toole
Date                 Daniel E. O'Toole
                     Clerk